IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY LAMB,                      )
                                  )
      Plaintiff,                  )
                                  )    CIVIL ACTION NO.
      v.                          )      2:15cv585-MHT
                                  )           (WO)
WALTER WOODS, et al.,             )
                                  )
      Defendants.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(2) The petition for writ of habeas corpus (doc. nos. 1 & 7) are dismissed without prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 16th day of May, 2017.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE